# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
        )
        Plaintiff,        )
        )
        v.        ) **Criminal Case No. 08-0092 (RJL)**
        )
GLORIA GONZALEZ PAZ,        )
        )
        Defendant.        )

**FILED**

MAY 0 7 2009

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

## MEMORANDUM ORDER
(May ____, 2009) [#24]

Before the Court is Defendant Gloria Gonzalez Paz's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). In May 2008, Paz pled guilty to one count of bribery in violation of 18 U.S.C. § 201(b)(1)(A). In August 2008, this Court sentenced her to 24 months' imprisonment and 36 months' supervised release, a sentence at the bottom of the applicable Sentencing Guidelines range. Paz moves for a sentence reduction, arguing that the Court treated the Guidelines as mandatory and that recent amendments to the Guidelines for crack offenses gives the Court discretion to reduce her sentence, *see* United States Sentencing Guidelines, Appendix C (Amendment 706). However, the Court did not treat the Guidelines as mandatory, and the Guideline amendments implicate only individuals convicted of *crack* offenses, not *bribery*. Paz's sentence is therefore unaffected by the recent amendments. U.S.S.G. § 1B1.10(a)(2).

For these reasons, it is, this ___ day of May, 2009, hereby

**ORDERED** that the defendant's motions for a sentence reduction [#24] is

**DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge